UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDWARD CAMERON,

    Plaintiff,

v.                                         Case No. 16-cv-1256-pp

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration

    Defendant.

## ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (DKT. NO. 21)

On July 12, 2017, the plaintiff filed a motion for attorneys' fees and costs. Dkt. No. 21. On July 18, 2017, the defendant filed a response indicating that she did not oppose the award of attorney fees. Dkt. No. 24.

The court **GRANTS** the motion for award of attorney fees pursuant to the EAJA. Dkt. No. 21. The court **ORDERS** that the defendant in the above-captioned case shall pay to the plaintiff an award of attorneys' fees in the amount of **$5,984.75**, in full satisfaction and settlement of any and all claims the plaintiff may have in this case pursuant to the EAJA. The court awards these fees to the plaintiff, not the plaintiff's attorney, and under <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the United States may offset the award to satisfy pre-existing debts that the litigant owes the United States.

1

If counsel for the parties verify that the plaintiff owes no pre-existing debt subject to offset, the defendant shall direct that the award be made payable to the plaintiff's attorney, pursuant to the EAJA assignment duly signed by the plaintiff and counsel.

Dated in Milwaukee, Wisconsin this 19th day of July, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**